IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

            Plaintiff,

   vs.

MATT TIBBELS,

            Defendant.

**EXHIBIT LIST**

Case No.: 4:21MJ3121
Deputy: Jeri Bierbower
Reporter: Digital Recorder
Date: October 08, 2021

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Interim Licensing Agreement | X | | X | | 10/8/2021 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**