IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

   vs.

MATT TIBBELS,

              Defendant.

**WITNESS LIST**

Case No.: 4:21MJ3121
Deputy: Jeri Bierbower
Reporter: Digital Recorder
Date: October 08, 2021

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Anthony Peterson | 10/8/2021 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Theresa Tibbels | 10/8/2021 |
|  |  |