IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-MJ-3121 |
| Plaintiff, | |
| vs. | APPEAL OF MAGISTRATE JUDGE'S ORDER OF DETENTION |
| MATT TIBBELS, | |
| Defendant. | |

COMES NOW Defendant Matt Tibbels, by and through his undersigned attorney, and appeals the Magistrate Judge's Detention Order entered on October 8, 2021, for the reason that the Court erred in finding that Defendant's release would pose a risk of danger to the community and that no condition or combination of conditions of release would reasonably assure community safety.

WHEREFORE, Defendant appeals the Magistrate Judge's Detention Order entered on October 8, 2021 and asks for a de novo review of the record.

        MATT TIBBELS, Defendant,

BY:   /s/Jim K. McGough
       Jim K. McGough, #21194
       Mark J. Foxall, #27157
       McGoughLaw P.C., L.L.O.
       11920 Burt Street, Suite 100
       PO Box 540186
       Omaha, NE 68154
       (402) 614-8655
       jmcgough@mcgoughlaw.com

CERTIFICATE OF SERVICE

  I certify that on October 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Ms. Tessie Smith
Assistant United States Attorney
100 Centennial Mall North, Suite 487
Lincoln, NE 68508
tessie.smith@usdoj.gov

      /s/Jim K. McGough
      For the Firm