IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:21CR3133** |
| vs. | |
| MATT TIBBELS, | **ORDER** |
| Defendant. | |

The government has moved for a speedy trial exemption and to set a status conference in this case. (Filing no. 25.) The defendant is unopposed to the motion. Based on the representations of counsel, they will need to review extensive documents to be adequately prepared for trial. To assure a fair and just resolution, this case must be excluded from time limits of the Speedy Trial Act. Accordingly,

IT IS ORDERED:

1) The government's motion for speedy trial exemption (filing no. 25) is granted.

2) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 9:30 a.m. on December 22, 2021 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 27), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) On or before November 24, 2021, counsel shall confer and exchange discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. Counsel shall disclose discovery as it becomes available and the United States Attorney shall disclose Brady v. Maryland (and its progeny) material as soon as practicable.

4) The court finds that the time between today's date and December 22, 2021 is excluded in any computation of time under the Speedy Trial Act because this case is "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii)i .

October 25, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge