IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATT TIBBELS,

    Defendant.

**4:21CR3133**

**ORDER**

    As requested in the government's unopposed motion, (Filing No. 31), which is hereby granted,

    IT IS ORDERED:

1)     The government's deadline for serving Rule 16 discovery is extended to January 8, 2022.

2)     The status conference previously scheduled for December 22, 2021 is continued and will be held before the undersigned magistrate judge at 9:30 a.m. on February 8, 2022 by telephone.

3)     The time between today's date and February 8, 2022 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

Dated this 23rd day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge