IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MATT TIBBELS,<br><br>                Defendant. | **4:21CR3133**<br><br>**ORDER** |

Defendant has filed a motion to continue the telephonic status conference scheduled for February 8, 2022, because he needs additional time to review the evidence before discussing the case progression schedule. The government does not oppose the motion. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

   IT IS ORDERED:

1) Defendant's motion, (Filing No. 39), is granted.

2) The status conference previously set for February 8, 2022 is continued and will be held before the undersigned magistrate judge at 1:30 p.m. on March 16, 2022 by telephone. All participants shall use the conferencing information provided by the court to participate in the call. Counsel for the parties shall be present at the conference.

3) The Court further finds that for the reasons stated in Defendant's motion and in the interests of justice, the time between today's date and March 16, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. 3161(h)(7).

Dated this 7th day of February, 2022.

                                                        BY THE COURT:
                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge