IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MATT TIBBELS,<br><br>               Defendant. | **4:21CR3133**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's oral motion to set a trial date is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 16, 2022, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and May 16, 2022, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 16, 2022.

                                                                          BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge